1  STEVEN A. GERINGER
2  State Bar No.107826
   123 South I Street
3  Madera, California 93637
   Telephone (559)661-1973
4  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS KING, CHARLES KING, JEREMY KING, AND TERRI WALKER,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO CITY POLICE DEPARTMENT, CITY OF FRESNO, and DOES 1 though 100, Inclusive,<br><br>Defendants. | NO.  CIV-F-04-6598 REC LJO<br><br>STIPULATION FOR EXENSION FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [RULE 12(b)(6)] |

IT IS HEREBY STIPULATED  by and between the parties and their attorneys of record that due to an emergency health problem involving Plaintiffs' attorney, Plaintiffs shall have until Friday April 22, 2005, to file an Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint [Rule 12(b)(6)], and the Defendants shall have until Thursday, April 28, 2005, to file their reply to Plaintiffs' Opposition.  Plaintiffs shall serve the opposition on Defendants before the close of business on Friday, April 22, 2005.  Should the court fail to execute this stipulation:  (1) the hearing date for the motion will stay scheduled for May 2, 2005, (2) it shall not prejudice the right of defendants to proceed

-1-

PDF created with pdfFactory trial version www.pdffactory.com

with the hearing on May 2, 2005, and (3) it shall not prejudice any claims of the Defendants in this matter.

Date:_____          /Steven A. Geringer/
                                 STEVEN A. GERINGER
                                 Attorney for Plaintiffs

Date:_____          /Francine M. Kanne/
                                 FRANCINE M. KANNE
                                 Attorney for Defendants

### ORDER

The Court GRANTS the above stipulation, noting, however, that the briefing schedule is for the convenience of both the parties and the Court. Should the Court determine that it lacks sufficient time to adequately prepare for oral argument due to this briefing schedule, the Court will continue the hearing on its own motion.

IT IS SO ORDERED

Date:__April 21, 2005            /s/ ROBERT E. COYLE
                                 JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com