FILED

2005 OCT -4  P 2: 01

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS KING, et al, | CASE NO. CV-F-04-6598 REC LJO |
| Plaintiff, | ORDER TO FORWARD AND RETURN MAGISTRATE CONSENT FORM |
| vs. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Counsel for the parties and the in propria persona parties have indicated they consent to the conduct of all further proceedings, including trial, before United States Magistrate Judge Lawrence J. O'Neill. At the scheduling conference, counsel signed the Consent to Exercise of Jurisdiction by a United States Magistrate Judge form. Accordingly, the clerk of Court is directed to mail the attached Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form") to plaintiff Doris King at 792 South Polk Street, Fresno California 93706. In pro per plaintiffs, Doris King, Jeremy King and Charles King are directed to sign and date the consent form and then return the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

IT IS SO ORDERED.

DATED: October 4, 2005

_____
LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

1

AO Rev. 12.96) Consent to Exercise of Jurisdiction

# UNITED STATES DISTRICT COURT

Eastern District of California

Doris King, et al
Plaintiff

v.

Fresno City Police
Defendant

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

Case Number: CV-04-6598 REC LJO

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE OF JURISDICTION AND APPEAL

In accordance with the provisions of Title 28, U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Copies of the Form for the "Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference" are available from the clerk of the court.

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Terri Walker | 10/4/05 |
| [signature] | City of Fresno | 10/4/05 |

Any appeal shall be taken to the United States court of appeals for this circuit, in accordance with 28 U.S.C. 636(c) and F.R.Civ.P. 73(c).

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to Lawrence J. O'Neill United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), F.R.Civ.P. 73 and the foregoing consent of the parties.

Date _____    United States District Judge _____

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.