FILED

2005 OCT -7  A 10: 42

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY____ /s/

1   STEVEN A. GERINGER
    State Bar No.107826
2   123 South I Street
    Madera, California 93637
3   Telephone (559)661-1973

4   Attorney for Plaintiffs

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   DORIS KING, CHARLES KING, JEREMY          NO.  CIV-F-04-6598 REC LJO
    KING, AND TERRI WALKER,
10
11          Plaintiffs,                       PROPOSED ORDER

12      vs.

13

14  FRESNO CITY POLICE DEPARTMENT,
    CITY OF FRESNO, and DOES 1 though 100,
15  Inclusive,

16
           Defendants.
17

18

19          IT IS HEREBY ORDERED, Steven A. Geringer is relieved as counsel of record for each

20  of the following plaintiffs, in the above-referenced matter, who are hereafter In Pro Per.

21

22          1.  Jeremy King
                3788 E. Ashland, Apt. D
23              Fresno, CA 93726

24
            2.  Charles King
25              792 South Polk
                Fresno, CA 93706
26

27          3.  Doris King
                792 South Polk
28              Fresno, Ca 93706

29

                                         -1-

1    4.  Terri Walker
2        3788 E. Ashland
         Fresno, CA 93726
3
4
5
6        **IT IS SO ORDERED.**
7
8
9    Dated: _____ Oct 7, 05 _____          _____
                                                UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

-2-