1  Rosemary T. McGuire, Esq.   Bar No. 172549
   THE LAW FIRM OF
2  WEAKLEY, RATLIFF,
   ARENDT & MCGUIRE, LLP
3  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
4
   Telephone: (559) 221-5256
5  Facsimile:  (559) 221-5262

6  Francine M. Kanne, Esq.     Bar No. 139028
   CITY OF FRESNO
7  CITY ATTORNEY'S OFFICE
   2600 Fresno Street
8  Fresno, California  93721
9
   Telephone: (559) 621-7500
10    Facsimile: (559)

11 Attorneys for Defendants, FRESNO CITY POLICE DEPARTMENT; CITY OF FRESNO
12

13                       **UNITED STATES DISTRICT COURT**
14                        **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| DORIS KING, individually and as the Administrator of the Estate of Garland King, CHARLES KING, JEREMY KING, and TERRI WALKER, | CASE NO.  CIV-F-04 6598 LJO |
| Plaintiffs, | **STIPULATED DISMISSAL AND ORDER** |
| vs. | |
| FRESNO CITY POLICE DEPARTMENT, CITY OF FRESNO, and DOES 1 through 100, inclusive, | |
| Defendants. | |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff TERRI
WALKER and defendants FRESNO CITY POLICE DEPARTMENT and the CITY OF
FRESNO, by and through their attorneys of record, stipulate to dismissal of any and all claims
asserted by TERRI WALKER, with prejudice.  Each party is to bear their own costs, including
attorney's fees, as to the claims of TERRI WALKER.

_____
Stipulation and Order re Dismissal of
Terri Walker's Claim

| | | |
|---|---|---|
| 1 | DATED: February 8, 2006 | WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP |
| 2 | | |
| 3 | | By:    /s/   Rosemary T. McGuire |
| 4 | | Rosemary T. McGuire, Attorneys for Defendants |
| 5 | | |
| 6 | DATED: February 10, 2006 | JUAN M. FALCON & ASSOCIATES INC. |
| 7 | | |
| 8 | | By:    /s/ Juan M. Falcon |
| 9 | | Juan M. Falcon, Attorney for Plaintiff, Terri Walker |

**ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2006**            **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order re Dismissal of
Terri Walker's Claim                     2