King, et al v. Fresno City Police Department. Doc. 43

Case 1:04-cv-06598-NEW    Document 43    Filed 03/13/2006    Page 1 of 2

| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.   Bar No. 172549 |
| 2 | THE LAW FIRM OF |
|   | WEAKLEY, RATLIFF, |
| 3 | ARENDT & McGUIRE, LLP |
|   | 1630 East Shaw Avenue, Suite 176 |
| 4 | Fresno, California 93710 |
| 5 | Telephone: (559) 221-5256 |
|   | Facsimile: (559) 221-5262 |
| 6 | Francine M. Kanne, Esq.   Bar No. 139028 |
| 7 | CITY OF FRESNO |
|   | CITY ATTORNEY'S OFFICE |
| 8 | 2600 Fresno Street |
|   | Fresno, California 93721 |

Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants, FRESNO CITY POLICE DEPARTMENT; CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS KING, individually and as the Administrator of the Estate of Garland King, CHARLES KING, JEREMY KING, and TERRI WALKER, <br><br> Plaintiffs, <br><br> vs. <br><br> FRESNO CITY POLICE DEPARTMENT, CITY OF FRESNO, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. CIV-F-04 6598 LJO <br><br> **STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff CHARLES KING, appearing in pro per and defendants FRESNO CITY POLICE DEPARTMENT and the CITY OF FRESNO, by and through their attorney of record, stipulate to dismissal of any and all claims asserted by CHARLES KING, with prejudice. Each party to this dismissal is to bear their own costs, including attorneys' fees, as to the claims of CHARLES KING.

---

Stipulation and Order re Dismissal of
Charles King's Claims

1 | DATE: March 7, 2006                         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

2

3 |                                              By:    /s/  Rosemary T. McGuire
                                                      Rosemary T. McGuire,
4 |                                                    Attorneys for Defendants

5

6

7 | DATED: February 28, 2006

8

9

10 |                                             By:    /s/ Charles King
                                                      CHARLES KING, in pro per

11

12 |     IT IS SO ORDERED.

    **Dated:   March 10, 2006**                        **/s/ Lawrence J. O'Neill**
13 |    66h44d                                  UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order re Dismissal of
Charles King's Claims                           2