King, et al v. Fresno City Police Department.  Doc. 45

Case 1:04-cv-06598-NEW   Document 45   Filed 03/20/2006   Page 1 of 2

| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.   Bar No. 172549 |
| 2 | THE LAW FIRM OF<br>WEAKLEY, RATLIFF,<br>ARENDT & McGUIRE, LLP |
| 3 | 1630 East Shaw Avenue, Suite 176<br>Fresno, California  93710 |
| 4 | |
| 5 | Telephone: (559) 221-5256<br>Facsimile:  (559) 221-5262 |
| 6 | Francine M. Kanne, Esq.    Bar No. 139028 |
| 7 | CITY OF FRESNO<br>CITY ATTORNEY'S OFFICE |
| 8 | 2600 Fresno Street<br>Fresno, California  93721 |
| 9 | |
| 10 | Telephone: (559) 621-7500<br>Facsimile: (559) 488-1084 |

Attorneys for Defendants, FRESNO CITY POLICE DEPARTMENT; CITY OF FRESNO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORIS KING, individually and as the Administrator of the Estate of Garland King, CHARLES KING, JEREMY KING, and TERRI WALKER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FRESNO CITY POLICE DEPARTMENT, CITY OF FRESNO, and DOES 1 through 100, inclusive,<br><br>          Defendants.<br>_____ | CASE NO.  CIV-F-04 6598 LJO<br><br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff DORIS KING, individually and as the Administrator of the Estate of Garland King appearing in pro per; and defendants FRESNO CITY POLICE DEPARTMENT and the CITY OF FRESNO, by and through their attorney of record, stipulate to the dismissal of any and all claims asserted by DORIS KING, individually and as the Administrator of the Estate of Garland King, with

---
Stipulation and Order re Dismissal of
Doris King's Claims

1  prejudice. Each party to this dismissal is to bear their own costs, including attorneys' fees.

2

3

4  DATED: March 16, 2006                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

5

6                                        By:    /s/   Rosemary T. McGuire
                                                Rosemary T. McGuire,
7                                               Attorneys for Defendants

8

9

10 DATED: March 12, 2006

11

12                                        By:    /s/ Doris King
                                                DORIS KING, in Pro Per
13

14

15 IT IS SO ORDERED.

   **Dated:    March 17, 2006**              /s/ Lawrence J. O'Neill
16 66h44d                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re Dismissal of
Doris King's Claims                          2