1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DORIS KING, et al,                           CASE NO. CV F 04-6598 LJO

12                       Plaintiffs,         _____**ORDER TO DENY EXTENSION REQUEST**
                                              (Doc. 58.)
13               vs.

     FRESNO CITY POLICE DEPARTMENT
14   et al,

15                       Defendants.

16   _____/

17           This Court DENIES as untimely, procedurally defective and moot plaintiff Jeremy King's

18   ("plaintiff's") request to respond to defendant City of Fresno's summary judgment motion and motion

19   to strike complaint. *See* F.R.Civ.P. 6(b); *Lujan v. National Wildlife Federation*, 497 U.S. 871, 896, 110

20   S.Ct. 3177 (1990); *North Umberland Mining Co. v. Standard Acc. Ins. Co.*, 193 F.2d 951 (9th Cir. 1952).

21   Even on its merits, plaintiff's request fails to substantiate an extension, especially given that the request

22   itself is untimely and its apparent absence of good faith. *See Lujan*, 497 U.S. at 896, 110 S.Ct. 3177;

23   *McLaughlin v. City of LaGrange*, 662 F.2d 1385, 1387 (11th Cir. 1981); *In re Four Seasons Securities*

24   *Laws Litigation*, 493 F.2d 1288, 1290 (10th Cir. 1974).

25           IT IS SO ORDERED.

26   **Dated:    October 3, 2006            _____/s/ Lawrence J. O'Neill_____**
     66h44d                                  UNITED STATES MAGISTRATE JUDGE
27

28

                                                1